KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CHRISTINA HUA (CSBN 185358)
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorneys
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7534
   FAX: (415) 436-7234
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR-06-144-JSW |
|     Plaintiff, ) | |
|     v. ) | STIPULATION FOR HANDWRITING EXEMPLAR FROM DEFENDANT RAWLIN CUNDANGAN REYES AND [~~PROPOSED~~] ORDER |
| RENATO MENDOZA MEDINA, ) | |
|   a/k/a Rene Mendoza Medina, ) | |
| PHYLLIS REYES CUISON, ) | |
|   a/k/a Phyllis Cundangan Reyes, and ) | |
| RAWLIN CUNDANGAN REYES, ) | SAN FRANCISCO VENUE |
|     Defendants. ) | |

IT IS HEREBY AGREED AND STIPULATED, by and between the United States of America, and Defendant Rawlin Cundangan Reyes, as reflected by the signatures of their respective counsel as set forth below, that Defendant Rawlin Cundangan Reyes give handwriting and handprinting exemplars to an agent of the Internal Revenue Service.

DATED:    May 9, 2006      /s/ Cynthia Stier
                                                    CYNTHIA STIER
                                                    Assistant United States Attorney

DATED:    May 9, 2006      /s/ Lidia Stiglich
                                                    LIDIA STIGLICH
                                                    Counsel for Rawlin Cundangan Reyes

## ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the Defendant, Rawlin Cundangan Reyes, is ordered to give handwriting and handprinting exemplars to an agent of the Internal Revenue Service. The exemplars shall be provided on May 22, 2006, commencing at 10:00 a.m., at the Office of the United States Attorney, 450 Golden Gate Avenue, 10th Floor, San Francisco, California.

IT IS SO ORDERED

DATED:   May 11, 2006

JEFFREY S. WHITE
United States District Judge

Stipulation for Handwriting Exemplar,
CR06-144-JSW