MICHAEL L. HINCKLEY (CSBN 161645)
LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Tel:   415-865-2539
Fax:   415-865-2538

Attorney for Defendant
RAWLIN REYES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　v.<br><br>RAWLIN REYES, et. al<br><br>　　　　Defendants.<br>_____/ | Case No. CR 06-0144-JSW (BZ)<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE: TRAVEL REQUEST |

Defendant RAWLIN REYES, by and through his counsel Michael L. Hinckley and the United States of America, through Assistant United States Attorney Cynthia Stier, hereby stipulate and agree Mr. Reyes' pretrial release conditions may be modified to permit travel from his present residence in Fremont, California to Vallejo, California, in the Eastern District so that he and his family may visit Marine World amusement park where they have a summer pass.

///

///

///

U.S. v. RAWLIN REYES, CR 06-0144-JSW (BZ)
Stip. & [Proposed] Order Re: Travel Request

-1-

Law Offices
Stiglich & Hinckley

Mr. Reyes' assigned United States Pretrial Services Officer, Paul Mamaril, has been informed of this request and has no objection.

IT IS SO STIPULATED.

Dated: 06/20/2006

/S/
MICHAEL L. HINCKLEY
Attorney for Defendant
RAWLIN REYES

Dated: 06/20/2006 .

/S/
CYNTHIA STIER
Assistant United States Attorney

### ORDER

Pursuant to stipulation, Mr. Reyes' pretrial release conditions are hereby modified such he is granted permission to travel from his present residence in Fremont, California to Vallejo, California, in the Eastern District so that he and his family may visit Marine World amusement park. All other conditions of release to remain.

**IT IS SO ORDERED.**

Dated: __June 26, 2006_____.

_____
HON. BER[...]
United States [...]

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*

# PROOF OF SERVICE

1    I, the undersigned say:

   I am over eighteen years of age and not a party to the above action. My business address is 1306 Pine Street, Walnut Creek, California 94596.

On <u>6/20/06</u>, I personally served via Fax a copy of the attached on the following:

**Paul Mamaril**
_____
Pretrial Services Officer
Oakland, California 94102
(510) 637-3751

   I declare under penalty of perjury that the foregoing is true and correct. Executed on <u>6/20/06</u>, at Walnut Creek, California.

Dated: 06/20/2006            _____/S/_____
                                              MICHAEL L. HINCKLEY
                                              Attorney for Defendant
                                              RAWLIN REYES