STIGLICH & HINCKLEY, LLP
LIDIA S. STIGLICH (CSBN: 182100)
MICHAEL L. HINCKLEY (CSBN:161645)
The CaCDS Building
502 Seventh Street
San Francisco, California 94103
Tel:  415.865.2539
Fax:  415.865.2538

Attorney for Defendant
RAWLIN REYES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RAWLIN REYES,

        Defendant.

                               /

Case No. CR 06-0144 JSW [JL]

STIPULATION RE TRAVEL;
[PROPOSED] ORDER

      Defendant RAWLIN REYES, by and through his counsel Michael L. Hinckley and the United States of America, through Assistant United States Attorney Cynthia Stier, hereby stipulate and agree that Mr. Reyes pretrial release conditions be modified such that he be granted permission to travel from his present residence in Fremont, California to and from Sacramento, California, on May 24, 2007 so that he may accompany his child on a school field trip.

///

///

STIPULATION RE TRAVEL; [PROPOSED] ORDER                       1

1  Mr. Reyes is assigned United States Pretrial Services Officer, Paul Mamaril, has been
2  informed of this request and has no objection
3
4  IT IS SO STIPULATED.

5  Dated: 05/16/2007              /S/
                                  MICHAEL L. HINCKLEY
6                                 Attorney for Defendant
                                  Rawlin Reyes
7
8
9  Dated:  05/16 /2007    .        /S/
                                   CYNTHIA STIER
10                                 Assistant United States Attorney
11
12
13                                **ORDER**
14
15  Pursuant to stipulation, Mr. Reyes' pretrial release conditions are hereby modified such
16 that he is permitted to travel from his present residence in Fremont, California to and from
17 Sacramento, California on May 24, 2007.  All other conditions of release to remain.
18
19  **IT IS SO ORDERED.**
20
21 Dated:  __May 17, 2007_____.    _____
                                   HON. JA[signature: IT IS SO ORDERED / James Larson / Judge James Larson]
22                                 United S[tates...]
23
24
25
26
27
28

STIPULATION RE TRAVEL; [PROPOSED] ORDER                                      2