STIGLICH & HINCKLEY, LLP
LIDIA S. STIGLICH (CSBN: 182100)
MICHAEL L. HINCKLEY (CSBN:161645)
The CaCDS Building
502 Seventh Street
San Francisco, California 94103
Tel:    415.865.2539
Fax:    415.865.2538

Attorney for Defendant
RAWLIN REYES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-0144 JSW [BZ] |
| Plaintiff, | STIPULATION RE TRAVEL; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER |
| vs. | |
| RAWLIN REYES, | |
| Defendant. | |
| _____/ | |

Defendant RAWLIN REYES, by and through his counsel Michael L. Hinckley and the
United States of America, through Assistant United States Attorney Cynthia Stier, hereby
stipulate and agree that Mr. Reyes pretrial release conditions be modified such that he be granted
permission to travel from his present residence in Fremont, California to and from Lake Tahoe,
California and Reno, Nevada, leaving on April 12, 2008 returning on April 13, 2008 so that he
may vacation with his family.

///
///

STIPULATION RE TRAVEL; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER                                                   1

1    Mr. Reyes' assigned United States Pretrial Services Officer, Paul Mamaril, has been

2  informed of this request and has no objection.

3    IT IS SO STIPULATED.

4

5  Dated: 04/07/2008                              _____/S/_____
                                                   MICHAEL L. HINCKLEY
6                                                  Attorney for Defendant
                                                   Rawlin Reyes
7

8

9  Dated:  04/07 /2008                            _____/S/_____
                                                   CYNTHIA STIER
10                                                 Assistant United States Attorney

11

12

13                                  **ORDER**

14

15    Pursuant to stipulation, Mr. Reyes' pretrial release conditions are hereby modified such

16  that he is permitted to travel from his present residence in Fremont, California  to and from Lake

17  Tahoe, California and Reno, Nevada, on April 12, 2008 returning on April 13, 2008 so that he

18  may vacation with his family.  All other conditions of release to remain.

19

20    **IT IS SO ORDERED.**

21

22  Dated:  _____4-8-08_____.         _____   for
                                                   HON. BERNARD ZIMMERMAN
23                                                 United States Magistrate Judge

24

25

26

27

28

STIPULATION RE TRAVEL; [PROPOSED] ORDER                                              2

1

2

**PROOF OF SERVICE**

3        I, the undersigned say:

4        I am over eighteen years of age and not a party to the above action.  My business address

5    is 1306 Pine Street, Walnut Creek, California 94596.

6    On 4/7/08, I personally served via U.S. Mail a copy of the

7    attached on the following:

8
                    Paul Mamaril
9                   Pretrial Services Officer
                    1301 Clay Street
10                  Oakland, California 94612

11

12       I declare under penalty of perjury that the foregoing is true and correct.  Executed on

13   4/7/08, at Walnut Creek, California.

14

15   Dated: 04/7/2008                    _____/S/_____
                                                    MICHAEL L. HINCKLEY
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE TRAVEL; [PROPOSED] ORDER                                    3