STIGLICH & HINCKLEY LLP
LIDIA S. STIGLICH [CSBN 182100]
MICHAEL HINCKLEY [CSBN 161645]
The CaCDS Building
502 Seventh Street
San Francisco, California 94103
Tel:   415-865-2539
Fax:  415-865-2538

Attorney for Rawlin Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR-06-0144-JSW (BZ) |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| vs. | ) | ORDER EXONERATING SECURITY; |
| | ) | RETURNING OF PASSPORT AND |
| RAWLIN REYES, | ) | LIFTING TRAVEL RESTRICTIONS. |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney Cynthia Stier and Rawlin Reyes, defendant, through his counsel, Lidia Stiglich that, in light of the anticipated dismissal of all charges against this defendant, the properties located at 130 Images Circle, Milpitas, California, 95035 and 3717 Savannah Road, Fremont, California, 94538, previously posted to secure the pretrial release of defendant Rawlin Reyes shall be exonerated and the Clerk of the Court shall reconvey its interest in the posted property back to its owners. The parties further stipulate that the Clerk return the passport of the defendant to him or his attorney and that travel restrictions be lifted. The parties further stipulate that Mr. Reyes shall continue to report to Pretrial Services as previously ordered until such time as the charges are dismissed which the parties anticipate to occur on June 5, 2008. Pretrial

1  Services Officer Paul Mamaril was contacted regarding this stipulation and agrees that
2  exonerating the bond and returning the passport are appropriate at this time.
3
4  DATED: 3/27/08                                  _____/s/ Cynthia Stier
5                                                  CYNTHIA STIER
                                                   Assistant United States Attorney
6
7                                                  /s/ Lidia S. Stiglich
   DATED: 3/27/08
8                                                  LIDIA S. STIGLICH
                                                   Counsel for RAWLIN REYES
9
10
11      GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the bond
12 securing the pretrial release of defendant Rawlin Reyes shall be exonerated forthwith. The Clerk
13 of the Court is directed to reconvey its interest in the real property representing the security to its
14 owner. The Clerk is also ordered to return the passport of defendant Reyes to the defendant or
15 his attorney and the travel restrictions previous imposed are lifted. Defendant Reyes shall
16 comply with any reporting requirements imposed on him by Pretrial Services while he is out of
17 the Northern District. IT IS SO ORDERED. *The hearing scheduled*
18 *for 23 April 08 is VACATED*
19 DATED: 22 Apr 08                               _____
                                                   HONORABLE BERNARD ZIMMERMAN
20                                                 UNITED STATES DISTRICT COURT MAGISTRATE
                                                   JUDGE
21
22
23
24
25
26
27
28

2

Case 3:06-cr-00144-JSW   Document 218   Filed 04/18/2008   Page 3 of 3

## PROOF OF SERVICE

1. I, the undersigned say:

2. I am over eighteen years of age and not a party to the above action. My business address is 502 Seventh Street, San Francisco, California 94103.

3. On April 18, 2008, I personally served the attached via facsimile on the following parties:

> United States Pre-Trial Office
> Attn:  Paul Mamaril
> Fax:   510-637-3761

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2008, at San Francisco, California.

/s/ Lidia S. Stiglich
_____
LIDIA S. STIGLICH

3